Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

FILED- LN
June 23, 2025 8:55 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: eod  scanned by: eod / 6/23

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

_____ Division

MACUS M. BRIM

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

ASHLEY SMITH, MDOC

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No.  _____
*(to be filled in by the Clerk's Office)*

1:25-cv-684
Ray Kent
U.S. Magistrate Judge

Jury Trial: *(check one)*  [✓] Yes  [ ] No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ASHELY SMITH |
| Address | DEPARTMENT OF CORRECTIONS IHGHAM PRLE OFFICE 534 |
| | LANSING    MI    48913 |
| | *City*    *State*    *Zip Code* |
| County | INGHAM |
| Telephone Number | 517 284-7662 |
| E-Mail Address | |

    B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | MDOC |
| Job or Title *(if known)* | |
| Address | |
| | LANSING    MI    48913 |
| | *City*    *State*    *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[ ] Individual capacity    [✓] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |
| | *City*    *State*    *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[ ] Individual capacity    [✓] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

**Defendant No. 3**
Name
Job or Title *(if known)*
Address

_____ _____ _____
*City*      *State*      *Zip Code*

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

**Defendant No. 4**
Name
Job or Title *(if known)*
Address

_____ _____ _____
*City*      *State*      *Zip Code*

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? FAILED TO PROTECT, 8 A MENDMENT CRUEL AND UNUSUAL, FALSE IMPRISONMENT DUE PROCESS VIOLATION, 14 AMENDENT,

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Case 1:25-cv-00684-RSK  ECF No. 1, PageID.4  Filed 06/23/25  Page 4 of 14

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

I WAS PUT IN WITNESS PROTECT PROGARM AND WHEN SENT THE SAME PEOEOPLE I TOLD ON SET ME UP AND I WAS SENT BACK TO PRISON AND I WAS ASSAUTED. DOING THIS TIME I WAS DEAL MY DUE PROCESS I WAS NOT NOT GIVEN NOTICE TO A MISCONDUCT THAT WAS DISMISSED AND WAS WROTE MISCONDUCT AND THEY MADE IT THAT I WOULD UN ALBE TO APPEAL THE MISCONDUCT. I WAS HIT IN THE HEAD AND HAD TO HAVE BRAIN SURGERY PLANIFF WAS WAS CALLED TO A MEET 2 TIMES BY MDOC OFFICER TO A CHURCH HIS NAME IS RICKYL. BRADLEY, ASHLEY SMITH KNEW THAT THE PLAINIFF TOLD ON THE SAME PEOPLE WHO HAD HIM LOCKED UP THEN SHE DON'T TELL THE MDOC HE WAS IN WITNESS PROTECT PROGAM.

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

AUGUST 8 PLANIFFI WAS PUT ON PAROLE, IN JULY 2023 THE PLAINTIFF WAS ASSAUTED BY MEMBER OF HIS FAMILY DANA DESEAN JOHSON, SND HIS BROTHER DENONTS MONTIZE EVANS.

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1. ON AUGUST 8, 2023 PLINTIFF WAS PUT ON PAROLE IN CALHOUN COUNTY.

2. IN JULY 2023 PLAINTIFF WS ASSAUTED BY MEMBER OF HIS FAMILY DANA DESEAN JOHNSON, AND DEONTA MONTIZE EVANS WITH A GUN WHO ALSO WAS GDS GANG MEMBERS THAT SAME DAY PLAINTIFF WAS PT INTO WITNESS PROTECTIVE PROGARM FOR HIS HOME AND MOVED TO KALAMAZOO, MI SEE EXHIBIT 1-7

3. OM OR BOUT AUGUST 7, OR ABOUT PLAINTIFF WAS MOVED TO INGHAM COUNTY, LANSING MI WHY HE WAS STILL IN WITNESS PROTECT PROGARM.

4. PLAINTIFF WAS SUMMONED TO BATTLE CREEK BY HIS MOTHERS PASTOR PASTER RICKY L. BRADLY TOLD HIIM HE KNEW WHERE HE WAS AND ALSO TOLD HIM WHO HIS PAROLE OFFIER WA NOT ONE TIME BUT TWO TIMES

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1. ON AUGUST 8, 2023 PLINTIFF WAS PUT ON PAROLE IN CALHOUN COUNTY.

2. IN JULY 2023 PLAINTIFF WS ASSAUTED BY MEMBER OF HIS FAMILY DANA DESEAN JOHNSON, AND DEONTA MONTIZE EVANS WITH A GUN WHO ALSO WAS GDS GANG MEMBERS THAT SAME DAY PLAINTIFF WAS PT INTO WITNESS PROTECTIVE PROGARM FOR HIS HOME AND MOVED TO KALAMAZOO, MI SEE EXHIBIT 1-7

3. OM OR BOUT AUGUST 7, OR ABOUT PLAINTIFF WAS MOVED TO INGHAM COUNTY, LANSING MI WHY HE WAS STILL IN WITNESS PROTECT PROGARM.

4. PLAINTIFF WAS SUMMONED TO BATTLE CREEK BY HIS MOTHERS PASTOR PASTER RICKY L. BRADLY TOLD HIIM HE KNEW WHERE HE WAS AND ALSO TOLD HIM WHO HIS PAROLE OFFIER WA NOT ONE TIME BUT TWO TIMES

4. ON 9/27/2023 AND A NUMBERS OF DATES PLAINIFF TESTIFY ON DEONTA EVANS, AND DANA JOHSON, AAND DOING THIS TIME ALSO HIS STEP-DAUGHTER CHID FATHER CARL AMERSON ALL 3 DEFENDAS WAS COVICTED 2 ON JUNE 17, 2024 CALHOUN JUSTICE CENTER IN BATTLE CREEK MI OF ASSAULT WITH A DANGEROUS WEAPON OF ASSAULT DOIN THIS TIME THE PLAINTIFF WAS BEING TREATEN BY CARL AMERSSON WHO IS THE PLAINTIFFS STEP DAUGHTRTS BOYFRIEND.

5. 0N 4/13/2024 PLAINTIFF STEP DUGHER DEBREA MICKLATHER MICKLATHER CAME TO PLAINTIFFS HOME TO GET HER 3 KIDS AT THIS TIME THEY HAD WORDS THE PLAIINTIFF AND HER BOTH CALLED THE POLICE SHE TOLD THEM THE PLAINTIFF HAD A BOX CUTER ALL WITNESSES SAID THE PLAINTIFF DON'T HAVE ANYTHING IN FACT THE PLAINTIF WIFE SAID HE THE PLAINTIFF DON'T HAVE ANYTHING THIS PERSON WAS HER MOTHER.

6. ON 4/13/2024 THE PLAINTIFF CALLED PAROLE AGENT ASHLEY SMITH, SHE DON'T ANSWER THE PHONE SO THE PLAINTIFF LEFT A MESSAGE TELLING HER (HE AVISISED HIS WIFES DAUGHTER SHOWED UP AND HREATENING HIM AND YELLIING AT HIM OUTSIDE HE CALLED LANSING POLIC AGAINS HER BOYFRIEND HE SAID SHE MAD HE TESTIFIED

AGAINS HER BOYFRIEND IN COURT ABOUT A CASE. HE SAID HI WIFE TOINA BRIM WAS ABLE TO GE HER TO LEAVE BEFORE THE POLICE GOT THERE. THE POLICE CAME AND SAID ALL THE WITNESSES SAID THE PLAINTIFF DONT DO ANYTHING. SEE EXHIBIT 2-3

7. THE NEXT DAY THE PLAIINTIFF HAD A HEART ATTACK AND LOST HIS MEMORY. HE STAYED IN THE HOSPITAL TO APRIL 19, 2024 HE WENT TO SEE TH DEFEND BUT SHE WAS NOT THERE HE WAS EEN BY SOME OTHER PERSONHE WAS THEN ARRESTED BY ( ARU) WITHOUT INCIDENT THE INGHAM COUNTY JAIL WOULD NOT TAKE HIM, DO TO HIS MEDICAL NEEDS PER (PVS) PLAINTIFF WAS TRANSPURTED TO RGC PRISON BY ARU ON THE WAY TO PRISON HIS STEP DANUGHTER WAS SENDING EMAILS TO HI WIFE SAYING YOU;S CALLED CPS ON ME BELITTLED ME THAT EVERYONE LIED TO PEOPLE ABOUT ME SAYING ACTING LIKE I STOLE MONEY FOR MONTHS THAT I NEVER STOLE YOUVE REALLY BEEN A REAL PIECE OF SHIT FOR THE LAST COUPLS YOURS. YOU SHOULD BE PROUND OF YOURSELF LOOK AT YOUR HUSBAND ARE YOU HAPPY JUST AS FAST AS YOU GOT HIM YOU LOST HIM NOW YOU CAN BE LOOKING LIKE ME JUST A SAD AS IV BEEN WITH NOBOUDY AROUND YOU JUST LIKE ME. SHE SENT THIS TO THE PLAINTIFF WIFE THEN HIS WIFE SENT IT TO HIM SO THE PLAIINTIFF THEN SENT IT TO HIS FATHER GEORGE SMITH ON APRIL 19, 2024 WHEN THE PLAINTIF GOT TO RGC PRISON HE HS A HEART ATTACK AND THEY TOOK HIMTO THE PRISON HOSPITAL THEN AFTHR THEY PUT HIM INTO GENERNAL POPULATION PAINTIFF WAAS THEN SENT TO HIS CELL IN A WHEELCHER HE WAS NOT FEELING GOOD SO HE PUSHED HIS SELF TO THE OFFICERS TOLD THEM HE WAS NOT FEELIING WELL THE LADY OFFICER WITH EYEGLASSES CALL HEATH CARE THEY TOOLD HER THEY SEEN HIM AND THEY WAS DOIING NO MORE. PLAINTIFF WAS FINE THEN THE PLAINTIFF WENT TO HIS CELL WENT TO THE BATHROOM AND FIL OU WHEM HE CAM TO HIS BUNKY AND THE HOLD UNIT WAS CALLING FOR HELP THEY CAME AND GOT THE PLAINTIFF TOOK HIM TO THE PRISON HOSPITAL AGAIN THIS TIME HE HAD TO TELL THEMTO READ HIS PAPER WORK SO THEY DID SO HE THEN WAS AMIT TO THE PRISON HOSPIAL WAS ASKED IF HE NEEDED A AID HE SAID YES BUT ONE WAS NEVER GIVEN TO HIM.

8. ON 4-19-2024 PLAIINTIFF WROTE A GRIVEVANCE THE GRIVEVNCE WAS REJECTED THEY SAID HE FAILS TO LIST STAFF IN RESOLUEATTEPT. SEE EXHIIT 3

9. PLAINTIFF WAS MOVED TO 2-NB-58L.

10. ON A UNKNOWOWN PLAINTIFF WAS IN THE EATIING HALL ON THE RIGHT SIDE WHEN SOME ONE WAS CALLING HIS NAME AT THAT TIME HE LOKED AND SEEN IT WAS DEONTA EVANS THE SAME PERSON THE PLAINTIFF TETIFIED ON. AT THIS TIME HE STARED TO WALK TOWARDS THE PLINTIFF AND STOPPED AND SAID WHATS UP NOW SO THE PLINTIFF PUSHED HIS WHWWLAHAIN BACK HE THEN TOLD THE PPLINTIFF ILL BE SEEING YOU SOON SO THE PLAINTIFF THEN PUSHED HI SELF OUT THE EATING HALL AND WENT TO HIS UNIT TRIED TO TELL THE OFFICERS THEY TOLD HIM TO LOCK HIS RAT ASS DOWN AO THE PLAINTIFF WENT TO HIS CELL. 11. ON A UNKNOW DAY THE PLAIINTIFF WAS AGAIN IN THE EATING HALL THIS TIME ON THE LEFT SIDE THEN SOME ONE WAS CALLING HIS NAME SO HE LOOKED HIM AND SEEN THIS PERSON FROM BATTLE CREEK JESSIE MCCABER THIS PERSON THEN CAME OVER AND WAS TWO TABLES OR SO HE THEN CALLED THE PLAINTIFF A RT AND THEY WAS GOING TO DEAL WITH HIM PLAIINTIFF WAS IN FEAR SHE HIS PUSHER PUSHEDHIM TO GET HIS MEDS THEN TO HIS UNIT QN AND CELL PLAINTIFF WAS IN FEAR OF HIS LIFE SO HE WENT TO HIS CELL AND DONT COME OUT.

12. ON 5-1-2024 PLINTIFF GOT A PAS TO HIS CLINIEAL PSYCHOLGIST AND HE WENT AND TOLD HER WHAT HAPPEN SHE THEN CALLED SOME ONE SHE THEN TOLD ME DONT WORRY YOU SAFE NOW SO THE OFFICER CAME AND MPUSED ME TO  CELL THE SPECIAL MANAGEMENT HOUSING UNIT SHHU WHEN HE GOT THER SGT GROSS CAME TO THE CELL AND AID O YOU ONE OF THEM HUH, THE PLAINTIFF ASKED HIM WHAT THAT MEAN HE THEN SAID NOTHING. HE THEN HAD THE PLAINTIFF SING A FORM THE INVESTIGATION REPORT SEE EXHIBIT 4.

12. ON A UNMNOWOWN DAY PLAINTIFF WAS CALLWS OUT BY S.C.C AN TOLD THEY KNOW AND WOULD BE DOIING SOMETHING.

13. ON A UNKNOW DAY PLAIINTIFF CAME OUT CELL TO USE THE PHONE TOCALL HIS WIFE TONIA BRIM HE TOLD HER WHAT WHAT WAS GOING ON AT THIS TIME PEOPLE WAS STARTING TO COME OUT THE PLINTIFF WAS IN FEAR OF HIS LIFE HE THEN TOLD THE COS HE WAS ON PC THEY CANT BE OUT WITH HIM THEN TOLD HIM HE WOULD BE FINE SH HE AKED TO GO BACK TO HIS CELL.

14. ON A UNKNOW OTHER GANGS MEMBER IN THE UNIT WAS CALLING OUT WHERE IS THAT BROTHER WHO TOLD ON THE BROTHERS HE IN A WHEELAHAIN SO AT THAT TIME A

BLACK NIGEVIAN OFICER WALKED BY AND YELLED HE SAID HE LOCKED IN THIS CELL AT THAT TIME THEM PRISONS WAS SARTING TO CALL ME BUT I DON'T ANSWER.

15. ON A NOTHER DAY THIS SAME NIGERIN OFFICE OR AFRICAN CAM TO HIS CELL THE PLAINTIFE AND TOLD HIM HE HAD TO MOVE UP STAIRS. THE PLAINTIFF TOLD HIM HE HAD SEILURS SO HE COULD NOT GO UP THERE AND BEFORE HE BECAUE HE WAS IN A WHEELEHAIM SO THE OFFICIE WEN CALLEDLD HIM HE DON'T HAVE TO MOVE.

16. ON 5/23/2024 THIS SAME OFFICER CAME TO HIS CELL AND TOLD HIME HE NEEDED TO GO UPSTAIRS AGAIN. THEN THE PLAINTIFF TOLD HIM WHY HE COULD NOT MOVE, SO HE WEMT TO THEM AND THE OFFICER HE HAD TO MOVE. SO THE PLAINTIFF ASKED THE SARGENT AT THAT TIME HE TOLD THE PLAINTIFF IF HE DONT MOVE HE WILL GET A MISCONDUCT TICKET, SO HE WALKED AWAY AND THE SARGENT CAME TO TALK TO HIM. THE PAINTIFF TOLD HIM THE SAME PEOPLE HE GOT INTO IT WITH ARE UPSTAIRS, THEN THE SARGENT ASKED HIM WHY HE COULDNT MOVE. THE PLAINTIFF TOLD THE SARGENT THAT HE WAS IN A WHEELCHAIR AND HAS SEISURES SO WAS NOT ABLE TO GO UPSTAIRS DUE TO THAT. THE PLAINTIFF SAID THAT IF HE HAD TO GO UPSTAIRS THEN HE WOULD KILL HIMSELF. SO AT THAT TIME THE SARGENT TO HIS WALKER AND PLACED THE PLAINTIFF IN HIS WHEELCHAIR AND TOOK HIM TO SUICIDE WATCH. THAT SAME NIGT THE PLAINTIFF RECIEVED A MISCONDUCT TICKET (D.D.O) EXHIBIT 5.

17. ON 5/24/2024 HID PSYCHOLAGIST CAME TO HIS CELL AND ASKED HIM WHAT HAPPEN PLAINTIFF THEN TOLD HER WHAT HAPPEN. SHE THEN STATED SHE WOULD GO TO THE DEPUTY WARDEN ABOUT THIS ISSUE. THE DEPUTY WARDEN SAID HE WOULD THROW THE MISCONDUCT OUT. THIS DIDNT HAPPENED.

18. ON 05/24/2024 UNKNOWN FEMALE OFFICER CAME TO PALITIFF CELL AND TOOK HIM BACK TO SEG. SO THIS TIME THEY TRIED TO PUT HIM BACK UPSTAIRS, SO THE PLAINTIFF GOT OUT OF HIS WHEELCHAIR STARED TO GO UP THE STAIRS AND TRIED TO JUMP OFF THE GALLERY. THUS UNKNOWN OFFICER INDENTFIED AS OFFICER SKINNER, AND SARGENT OFFICER GROSS TOO CONTROL OF THE PLAINTIFF PLAVED HIM IN CHAINS AND TOO HIM TO THE SAME SUCIDE WATCH CELL. THAT NIGHT SARGENT GROSS CAME TO PLAINTIF CELL WITH THE SAME (D.D.O) AND ASKED WILL YOU PLEAD GUILTY OR NOT. PLAINTIFF THEN TOLD HIM HIS REASON TO NOT BE FOUND GUILTY. THE SARGENT

WALKED AWAY AND NEVER CAME BACK. 1 HOUR LATER THEY TOLD THE PLAINTIFF HE WAS GOINT TO THE MENTAL HOSPITAL, SEE EXHIBIT 6.

19. THE PLAINTIFF WAS THEN AT THE MENTAL HOSPITAL WHERE HE RECEIVED A COPY OF THE D.D.O MISCONDUCT HE WAS FOUND GUILTY AND GIVEN 15 DAYS L.O.P THE PLAINTIFF WAS GIVE REASONABLE TIME TO APPEAL THIS MISCONDUCT. ASLO BECAUSE HE WAS NOT ALLOWED TO HAVE ANY PEN OR PAPER, SEE EXHIBIT 7.

20. ON UNKNOWN DATE PLAINTIFF WAS MOVED TO ANOTHER FACILITY.

21. ON 07/13/2024 THE PLAINITIFF WAS IN THE DAY ROOM UNIT E, WHEN 3 PRISONERS CAME UP TP HIM AND ASKED IF HiS NAME WAS MARCUS BRIM THEM THE PLAINIFF SAID YES. THEY THEN SAID YOU TOLD ON BROTHER MANS THAT WAS FROM BATTLE CREEK THE PLAINTIFF THEN SAID NO. THEY THEN TOLD THE PLAINTIFF HE HAD TWO OPTIONS, PAY UP OR GET OFF THE YARD. SO PLAINTIF SAID HE ISNT DOING EITHER ONE, THEN LOOKED TO THE LEFT TO TALK TO SOMEONE THEN STARTED TO TURN BACK AROUND AND GOT PUNCHED IN THE FACE AND WAS KNOCKED OUT. THE PLAINTIFF THE GOT UP AMD WALKED TO THE BATHROOM. AT THIS TIME TWO OF THR SAME PRISONERS CAME TO THE BATHROOM TO CONFRONT HIM AND TOLD HIM BE HAD TO GO, SO PLAINTIFF WENT TO THE DAY ROOM AND SAID HE ISNT GETTING OFF THE YARD. THE PLAINTIFF WAS THEN HIT IN THE HEAD WITH A CHAIR, HE WAS THEN KOCKED OUT AND UNCONCIOUS AND WOKE UP AMD HAD A SEISURE. HE HAD PAIN IN HIS SHOULDER AND THE NURSE PUT HIS ARM BACK IN PLACE THEN PUT HIS ARM IN A SLING. A FEMALE NURSE THEN CAME TO HIM AND SHE WAS TOLD TO PUT A NECK BRACE ON HIS NECK SHE SAID SHE SAID SHE DONT KNOW HOW TO. SHE THEM PUT THE NECK BRACE ON THE PLAINTIFF AND HE INSTANLY STARTED SCREAMING IN PAIN THEN PASSED OUT AND WOKE UP IN THE HOSPITAL YELLING SAYING HIS NECK HURT. AT THAT TIME THE NURSE SAID "HOLY SHIT THIS THANG IS ON BACKWARDS". AT THIS TIME THEY SHOT FENTYNAL IN HIS IV FOR THE PAIN AND HE STARTED TO GO CRAZY , SO THEY GAVE A SHOT TO COUNTERACT THE FENTYNAL. THEY THEN TOLD THE PLAINTIFF THEY CAN NOT HELP HIM AT THISNHOSPTIAL IF HE WAS NOT MOVED HE COULD DIE . HE WAS THEN TRANSFERED TO A HOSPITAL IN JACKSON MICHIGAN WHERE HE RECIRVED 19 STAPLED ONE STITCH AND A DRAIN TUBE. THE PLAINTIFF THEN HAD A SEISURE IN THE HOSPITAL. THEN WAS RELEASED THAT THURSDAY.

22. THE PLAITIFF WAS THEN TRANSFERED TO THE PRISON MAIN HOSPITAL, WHEN HE GOT THERE IMMEDIATELY HAD PROBLEMS. HE WENT INTO VERTIGO HE WAS THEN IMMEDIATELY TAKEN TO THE ER IN THE PRISON. HE WAS THEN TOLD HE WAS GONNA BE ADMITTED TON THE FOURTH FLOOR. HE WAS ASKED IF HE MEEDED A PRISON AID THE PLAINTIFF SAID YES HE WAS THEN MOVED TO THE FOURTH FLOOR, WHEN HE GOT THERE HE WAS PLACED IN THE ROOM. THEY CAME BACK TO THR ROOM AND ASKED IF YOU TRIED TO KILL HIS SELF. THE PLAINTIFF SAID NO THEY LEFT AND CAME BACK FIVE MINUTES LATER AMD TOLD THE PLAINTIFF HE HAD TO GO TO SUICUDE WATCH ACROSS THE HALL AND SLEEP ON THE FLOOR. THE FEMALE NURSE THEN TOLD THEM THAT SHE IS NOT PUTTING HIM ON THE FLOOR IT WAS AGAINST HOSPITAL POLICY BECAUSE HE JUST HAD BRAIN SURGERY, THEN WAS MOVED TO CELL 452. THEY TOLD THE PLAINTIFF TO KEEP ALL HIS CLOTHES AND LEFT.

23. THEN NEXT DAY THE PLAINTIFF WOKE UP TO THE DOCTOR AMD THE PSYCH DOCTOR WHY HE WAS ON SUICUDE WATCH. YHE PLAINTIFF RESPONDED SAYING HE DIDNT KNOW. THE PSYCH SAID THERE WAS NO RECORD OF WHY HE WAS ON SUICIDE WATCH. SO HE WAS THEN MOVED FROM SUICIDE WATCH WITHIN MINUTES.

24. THAT SAME DAY THE PLAINTIFF ASKED FOR A GREVANCE HE WAS TOLD HE HAD A AID WORKER TO WRITE A GREVANCE FOR HIM. IT WAS NEVER DONE.

25. THAT NEXT DAY FRIDAY, THE PLAINTIFF ASKED FOR A GREVANCE AND A SHOWER, WAS THEN TOLD HE HAD TO WAIT FOR HIS AID WHICH NEVER CAME. SO THEN THE PLAINTIFF ASKED FOR A PHONE CALL TO CALL HIS WIFE AND THEY GRANTED IT.

26. THAT MONDAY MORNING EARLY MORNING THEY LET HIM SHOWER. HE WAS TAKEN BY A NURSE AND OFFICER IN HIS WHEELCHAIR. WHEN HE GOT THERE HE WAS TOLD TO SHOWER AMD HE TOLD THEM HE COULDNT BECAUSE HIS ARM WAS MESSED UP. SHE THEN TOOK THE PLAIMTIFF OUT OF THE WHEEL CHAIR AND PUT HIM ON THE BLUE SHOWERING TABLE AND SHOWERED HIM. AFTER HIS SHOWER HE WAS WHEELED BACK TO HIS CELL AND ON THE WAY THERE HE ASKED FOR A GREVANCE AGAIN. HE WAS TOLD HE NEEDED HIS AID FOR THAT, HE THEN ASKED TO CALL HIS WIFE AND WAS GRANTED THAT PHINE CALL. HE REAPEATED ASKING FOR A GREVANCE AND DENIED HIS RIGHT.

27. SOMEONE FROM THE PRISON THAT PAROLE BOARDBWANTED TO SEE HIM.

28. THE NEXT DAY AROUND 2AM A PAPER WAS SLIDE UNDER HIS CELL DOOR. HE WENT AND GOT THE PAPER TO FIND OUT IT WAS A MISCONDUCT FOR FIGHTING AND POSSESING A WEAPON. IN THAT REPORT ALL CHARGES WERE DISMISSED DUE TO DUE PROCCESS. BECAUSE THE PLAINTIFF WAS NEVER REVEIWED ON THE MISCONDUCT SO IT WAS THROWN OUT DUE PROCESS VIOLATION, ALSO CAUSE THE CONDUCT WAS NEVER GIVEN TO HIS PSYCH TO SEE IF HE COMPITANT TO SPAND TRIAL. WHILE HE WAS IN THE HOSPITAL HE WAS SENT TO AN OUTSIDE DOCTOR TO GET HIS STAPLES REMOVED.

29. THE PLAINTIFF WAS THEN TRANSFERED TO A LEVEL 4 PRISON.

30. ON AN UMKNOWN DATE PLAINTIFF WENT TO TALK TO PSYCH TO ASK WHY HE WAS THERE. SHE SAID TO KEEP HIM SAFE BEACUSE HE WAS IN THE CARE OF R.T.P.

31. AFTER DOING HIS TIME OTHERS STRTED MESSING WITH HIM. ASKING HIM IF HE TOLD ON PEOPLE FROM BATTLE CREEK HE THEN SAID NO.HE WENT TO HIS PC AND TOLD THEM WHAT WAS GOING ON. ALL HE SAID WAS IF NONONE WAS THREATENING HIM THERE WAS NOTHING HE COULD DO ABOUT IT. THE PLAINTIFF THEN ASKED FOR PROTECTIN AND WAS DENIED HIS RIGHT. SO HE CALLED HIS WIFE AND TOKD HER WHAT WAS GOING ON.

32. PLAINTIFF WENT TO TALK TO HIS PSYCH MILLER HE THEN SHOWED HER A COPY OF HIS REQUEST OF PROTECTION.THAT WAS DID ON 05/01/2024. SHE THEN CALLED THE PC AND SENT HIM A EMAIL, TELLING HIM SHE HAD NO PROBLEM LETTING HIM OUT OF RTP TO SEND HIM TO THE PROTECTIVE UNIT.

33. ON AND UNKNOWN DATE HE WAS CALLED OUT BY HIS PC AND WAS YELLED AT FOR THE EMAIL THAT HIS PSYCH SENT TO HIM.

34. ON 10/18/2024 THE PLAINTIFF CALED HIS WIFE AND SHE HAD DECTECTIVE TYLER SOUTHLAND WITH THE BATTLE CREEK POLICE DEPARTMENT PLAIMTIFF TOLD HIM WHAT HAPPEN. AT THAT TIMENTHE DETECTIVE HE WOUKD GET HIM OUT AFTER HE TALED TO THE WARDEN.

35. ON 10/21/2024 PLAINTIFF GOT PAPER FROM THE PAROLE BOARD TO SEE HIM DURING THE NEXT FEW MONTHS THE PLAINTIFF GOT X RAYS ON HIS RIGHT ARM.

36. 12/10/2024 PLAINTIFF GOT HIS PAROLE AND RELEASED ON APRIL 22,2025.

37. ON AN UNKOWN DATE SOMEONE SHOT UP PLAINTIFF WIFE HOUSE POLICE CAME AND TOLD HER TO CALL BATTKE CREEK POLICE DEPARTMENT AND TALK TO DETECIVE SOUTHERNLAND. HE TOLD HER TO CALL THE PRISON AND TOLD HER THERE WAS NOTHING THEY COULD DO.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff had brain surgery and lost of feeling in his left side when me look down his body go numb. His right shoulder arm has a torn bicycle and a torn cup it took them 9 months to do x-rays on his arm.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff is asking this court for a preliminary injunction to get his prole switched from the state to the federal prole do to the reason in his complaint motion for preliminary injunction. Plaintiff is asking for money damages and punitive damages in to amount 20 million Plaintiff had to have Brain Surgery now he have no feeling in hiis left side most of the time.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6-23-2025

Signature of Plaintiff: [signature]

Printed Name of Plaintiff: MACUS M. BRIM

### B. For Attorneys

Date of signing: 

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
City: State: Zip Code:
Telephone Number: 517-626-4777
E-mail Address: brimmarcus89@gmail.com

Page 6 of 6