UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MACUS M. BRIM,

    Plaintiff,

Case No. 1:25-cv-684

v.

Honorable Ray Kent

ASHLEY SMITH et al.,

    Defendants.

_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915(e).

Dated: July 25, 2025

/s/ Ray Kent
Ray Kent
United States Magistrate Judge